Ben-Thomas Hamilton (SBN 222601)
Lauren N. Romans (SBN 326846)
HAMILTON & ASSOCIATES, APC
3110 Camino del Rio South, Suite 203
San Diego, California 92108

Telephone:  (619) 299-4877
Facsimile:   (619) 299-4787

Attorneys for Plaintiffs MICHAEL WELDON and RUSSELLE WELDON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WELDON, an individual; and RUSSELLE WELDON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>ASSURANT, INC., a Delaware corporation; GEICO, INC., a Maryland corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No.  8:21-cv-1194<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br>Complaint Filed: May 10, 2021<br>Removal Filed: July 12, 2021 |

**TO ABOVE-REFERENCED COURT, ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the above-entitled case settled in its entirety on August 10, 2021.  All parties anticipate being able to file a Stipulation re: Dismissal within sixty (60) days.  All parties request that the Court maintain jurisdiction over this matter until a Stipulation re: Dismissal is filed, which should take place within sixty (60) days.

Dated: August 13, 2021                                    HAMILTON & ASSOCIATES, APC

                                                                      By: _____
                                                                      Ben-Thomas Hamilton, Attorneys for
                                                                      Plaintiffs MICHAEL WELDON and
                                                                      RUSSELLE WELDON