Ben-Thomas Hamilton (SBN 222601)
Lauren N. Romans (SBN 326846)
HAMILTON & ASSOCIATES, APC
3110 Camino del Rio South, Suite 203
San Diego, California 92108

Telephone: (619) 299-4877
Facsimile: (619) 299-4787

Attorneys for Plaintiffs MICHAEL WELDON and RUSSELLE WELDON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WELDON, an individual; and RUSSELLE WELDON, an individual;<br><br>       Plaintiffs,<br><br>  v.<br><br>ASSURANT, INC., a Delaware corporation; GEICO, INC., a Maryland corporation; and DOES 1 through 50, inclusive;<br><br>       Defendants. | Case No. 8:21-cv-1194<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION**<br><br><br>Complaint Filed: May 10, 2021<br><br>Removal Filed: July 12, 2021 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their respective attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure 41(a)(1)*.

Dated: August 27, 2021                HAMILTON & ASSOCIATES, APC

                          By: /s/ Ben-Thomas Hamilton
                              Ben-Thomas Hamilton, Attorneys for
                              Plaintiffs MICHAEL WELDON and
                              RUSSELLE WELDON

Dated:                          TITTMANN WEIX LLP

                          By: /s/ Edward J. Valdespino
                              Edward J. Valdespino, Attorney for
                              Defendant ASSURANT, INC.