# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WELDON, an individual; and RUSSELLE WELDON, an individual;<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ASSURANT, INC., a Delaware corporation; GEICO, INC., a Maryland corporation; and DOES 1 through 50, inclusive;<br><br>　　　　　Defendants. | Case No. 8:21-cv-1194-JLS (JDEx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BEWEEN THE PARTIES:**

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: September 27, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE